**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| SHAABAN SHAABAN HAFED, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )   1:10-cv-191-WTL-DML |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

**E N T R Y**

This civil action brought by a federal prisoner was dismissed on the basis of rules recognized in *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999). The plaintiff now seeks leave to proceed on appeal *in forma pauperis.*

Hafed's present meager financial reserves do not tell the whole story in relation to his request to proceed on appeal *in forma pauperis.* The reason for this is the plaintiff's frivolous litigation under 28 U.S.C. § 1915(g). As noted in *Hafed v. The United States Court of Appeals for the 7th Circuit, et. al.,* No. 1:08-cv-06042 (N.D. Ill. Nov. 13, 2008), the plaintiff has "struck out" under 28 U.S.C. § 1915.[1] This renders him ineligible to proceed *in forma pauperis.*[2] Accordingly, his request to proceed *in forma pauperis* (dkt 12) is **denied**.

   **IT IS SO ORDERED.**

Date: 04/28/2010

Distribution:

Shaaban Hafiz Ahmad Ali Shaaban
No. 07797-028
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226-8500

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

---

[1]His "strikes" were identified as: *Hafed v. Mueller*, No. 08 CV 836 (D.C. Col.) (dismissed as legally frivolous on Jul. 16, 2008; Weinshienk, J.); *Hafed v. The Government of the State of Israel*, No. 08 CV 773 (S.D. Ind.) (dismissed for lack of jurisdiction pursuant to 28 U.S.C. § 1915A(b) on Jun. 20, 2008; Barker, J.); *Hafed v. Brooks*, No. 06 CV 5 (S.D. Ind.) (dismissed pursuant to 28 U.S.C. § 1915A(b) on Jan. 11, 2006; Tinder, J.).

[2]The exception under 28 U.S.C. § 1915(g), that a prisoner-*in forma pauperis* applicant "is under imminent danger of serious physical injury," does not apply to Hafed's claims or allegations in this case.